# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JEYAKUMAR RATHINAM, et al.,

    Plaintiffs,

-v-

ASHOK SPIRITUAL HEALING CENTER,

    Defendant.

Case No. 3:14-cv-103

Judge Thomas M. Rose

---

**ENTRY AND ORDER GRANTING THE TRUSTEE'S MOTION TO INTERVENE (Doc. #3)**

---

Now before the Court is a Motion To Intervene filed by Lloyd Whitaker in his capacity as Trustee of the Estate of Hindu Temple and Community Center of Georgia, Inc. (the "Trustee"). (Doc. #3.) The Trustee seeks to intervene as a defendant in this case pursuant to Fed. R. Civ. P. 24 for the purpose of filing an answer, counterclaim and cross-claim.

The time has run and no party has objected to the Trustee's Motion To Intervene. It is, therefore, ripe for decision.

Fed. R. Civ. P. 24(a)(2) requires to Court to permit anyone to intervene who,

> claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

The Trustee asserts that he has an interest in the building that "secures" the promissory notes at issue in this case and also has an interest in the subject matter of the case. The Trustee further asserts that none of the current Parties represent any interest consonant with his.

Therefore, in accordance with Fed. R. Civ. P. 24(a)(2), the Trustee's Motion To

Intervene (doc. #3) is GRANTED. The Trustee is given until not later than thirty (30) days following entry of this Order to file an answer, counterclaim and/or cross-claim.

**DONE** and **ORDERED** in Dayton, Ohio this Twenty-Seventh Day of May, 2014.

                                              **s/Thomas M. Rose**
                                        _____
                                                 THOMAS M. ROSE
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record