JEYAKUMAR RATHINAM, et al.,

      Case No. 3:14-cv-103

     Plaintiffs,

      Judge Thomas M. Rose

-v-

ASHOK SPIRITUAL HEALING CENTER,

     Defendant.

_____

**ENTRY AND ORDER GRANTING ANNAMALAI'S MOTION TO INTERVENE (Doc. #4)**

_____

Now before the Court is a Motion To Intervene filed pro se by Annamalai Annamalai a/k/a Sri Selvam Siddhar ("Annamalai"). (Doc. #4.) Annamalai seeks to intervene as a plaintiff because she/he allegedly has tenancy rights and a possessory interest in a property known as the "Paru Tower." According to Annamalai, the Paru Tower is a "subject property" in this case.

Annamalai seeks to intervene as a plaintiff in this case pursuant to Fed. R. Civ. P. 24. The time has run and no party has objected to Annamalai's Motion To Intervene. It is, therefore, ripe for decision.

Fed. R. Civ. P. 24(a)(2) requires to Court to permit anyone to intervene who,

> claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

Annamalai asserts that he has tenancy rights and a possessory interest in the building that is a "subject property" in this case. Annamalai does not, however, assert whether any of the current Parties represent any interest consonant with his. Yet, Annamalai has allegedly been told

by the attorney for the Plaintiffs that the attorney will not object to Annamalai's intervention.

None of the current Plaintiffs plead that they are tenants in the alleged subject building. Therefore, the Court will assume that none of the existing parties will adequately represent Annamalai's interest. Thus, in accordance with Fed. R. Civ. P. 24(a)(2), Annamalai's Motion To Intervene (doc. #4) is GRANTED.

**DONE** and **ORDERED** in Dayton, Ohio this Third Day of June, 2014.

**s/Thomas M. Rose**

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Annamalai Annamalai a/k/a Sri Selvam Siddhar at her/his last known address