UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JEYAKUMAR RATHINAM, et al.,

        Plaintiffs,

-v-

ASHOK SPIRITUAL HEALING CENTER,

        Defendant.

Case No. 3:14-cv-103

Judge Thomas M. Rose

_____

**ENTRY AND ORDER GRANTING INTERVENING DEFENDANT WHITAKER'S MOTION TO COMPEL PRODUCTION OF THE "RECENT" AGREEMENT BETWEEN THE PLAINTIFFS AND THE DEFENDANT THAT GAVE RISE TO THE PLAINTIFF'S MOTION TO DISMISS THE COMPLAINT (Doc. #21); ORDERING PLAINTIFFS REPRESENTED BY COUNSEL TO PROVIDE THE REQUESTED DISCOVERY WITHIN SEVEN (7) DAYS AND GIVING WHITAKER SEVEN (7) DAYS TO RESPOND TO THE COURT**

_____

This matter is before the Court on a Motion To Compel filed by Intervening Defendant Whitaker ("Whitaker"). (Doc. #21.) The Plaintiffs represented by Counsel have responded opposing the Motion To Compel. The time has run and no other Party has responded. This matter is, therefore, ripe for decision.

Whitaker seeks to compel Counsel for Plaintiffs to provide a copy of the "recent" agreement between the plaintiffs and the defendant that gave rise to the plaintiffs' motion to dismiss the complaint (the "Agreement"). Whitaker's Counsel has represented to the Court that his claims may be dismissed depending upon what the Agreement states.

The Plaintiffs represented by Counsel argue that Whitaker's Motion To Compel should be denied because it disregards the requirements of the Federal Rules of Civil Procedure. (Doc. #23.) More specifically, the Plaintiffs represented by Counsel argue that there has been no order

by the Court requiring discovery before a Rule 26(f) conference has been conducted. They also argue that the request for production was improperly served.

Whitaker has provided good cause for seeing the Agreement. Further, entry of this Order will negate the opposition asserted by the Plaintiffs represented by Counsel.

Therefore, Counsel for Plaintiffs is given until not later than seven (7) days following entry of this Order to provide a copy of the "recent" agreement between the plaintiffs and the defendant that gave rise to the plaintiffs' motion to dismiss the complaint to Whitaker. Further, Whitaker is given seven (7) days following receipt of the copy of the "recent" agreement between the plaintiffs and the defendant that gave rise to the plaintiffs' motion to dismiss the complaint to respond to the Court with either a dismissal of his claims or opposition to the pending Motion To Dismiss.

**DONE** and **ORDERED** in Dayton, Ohio this 26th day of February, 2015.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Annamalai Annamalai a/k/a Sri Selvam Siddhar at her/his last known address